

LNE 10.5.23
JG: USAO# 2023R00524

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. BAH 23-0377 |
| | * | |
| v. | * | (Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g); Unlawful Possession of a Machinegun, U.S.C. § 922(o); Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c)) |
| **BERNARD EDWARDS,** | * | |
| Defendant | * | |

*******

## INDICTMENT

### COUNT ONE
(Possession of Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about June 23, 2023, in the District of Maryland, the defendant,

**BERNARD EDWARDS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: (1) a Glock 31 Gen 4 bearing serial number BXUY190; (2) a Glock 45 bearing serial number BNTV276; (3) a Glock 26 bearing serial number NFN721; and (4) a Ruger GP100 bearing serial number 174-07603, and one thousand seventy-three (1,073) rounds of assorted ammunition. The firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT TWO
### (Unlawful Possession of a Machinegun)

The Grand Jury for the District of Maryland further charges that:

On or about June 23, 2023, in the District of Maryland, the defendant,

**BERNARD EDWARDS,**

knowingly possessed a machinegun, as that term is defined in 26 U.S.C. §5845(b); that is, a 5.56x45mm NATO caliber Polymer AR pistol equipped with a machinegun conversion device and a 9 mm caliber Glock model 45, bearing serial number BNTV276, equipped with a machinegun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2). The above-listed machineguns were not registered to defendant in the National Firearms Registration and Transfer Record.

18 U.S.C. § 922(o)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions under Count One or Count Two of this Indictment.

### Firearms and Ammunition Forfeiture

2. Upon conviction of the offense(s) alleged in Counts One or Two of this Indictment, the defendant,

**BERNARD EDWARDS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense(s).

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

   a. a .357 caliber Glock 31 Gen 4 bearing serial number BXUY190;

   b. a 9mm Glock 45 equipped with a machinegun conversion device and bearing serial number BNTV276;

   c. a 9mm Glock 26 bearing serial number NFN721;

   d. a .357 caliber Ruger GP100 bearing serial number 174-07603;

   e. a 5.56x45mm NATO caliber Polymer AR pistol equipped with a machinegun conversion device and bearing no serial number; and

   f. approximately one thousand seventy-three (1,073) rounds of assorted ammunition.

## Substitute Assets

4. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

                                                                                                                                                            –JG

                                              _Erek L. Barron_
                                              Erek L. Barron
                                              United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**      10/24/23
                                                               Date